**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

**In Re:**

                                  **ORDER**

**Cynthia Dorsey,**
      **Debtor(s)**                                                  **Case No.  11-44747 RJK**

_____

      This case came before the Court on December 15, 2011 for hearing on the Chapter 13 Trustee's motion for conversion or dismissal of the Debtor's Chapter 13 case.  Appearances were noted in the record.  An order was entered on December 15, 2011 requiring the debtor to pay the Trustee the sum of $1662.00 no later than December 30, 2011, and a payment for $3324.00 no later than January 31, 2012 by certified funds, a cashier's check or money order. The debtor has failed to comply with one of the  requirements above. Based upon the records, the Court makes this order pursuant to the Federal Rule Of Bankruptcy Procedure.

      **IT IS HEREBY ORDERED:**

      1.  This case is dismissed under 11 U.S.C. §§ 349 and 1307.

      2.  Subject to Paragraph 1 of this order and local rules, the Chapter 13 Trustee shall distribute available funds, if any, under § 1326 of the Bankruptcy Code to the Debtor(s) if no plan was confirmed, or to the creditors in accordance with the plan, if a plan was confirmed.

      3.  The clerk shall forthwith mail copies of this order as notice thereof to the Debtor(s), the attorney for the Debtor(s), the Chapter 13 Trustee, the United States Trustee and other parties in interest.

Date:    02-07-12                                /e/ Robert J. Kressel
                                                                 United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/07/2012*
Lori Vosejpka, Clerk, by CN